

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-80,831-02

### EX PARTE CHRISTOPHER MICHAEL FULLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 10-743-K368B IN THE 368TH DISTRICT COURT
### FROM WILLIAMSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of five counts of sexual assault of a child and sentenced to imprisonment for ten years on each count. He was also convicted of sexual performance by a child and placed on probation for ten years. The Third Court of Appeals dismissed his appeal. *Fuller v. State*, No. 03-12-00045-CR (Tex. App.—Austin, delivered July 11, 2012, no pet.).

Applicant contends that his sentence is illegal and his plea of guilty was involuntary. As it

pertains to the sexual assault of a child counts, we conclude that Applicant's claims are subject to dismissal pursuant to Article 11.07, § 4 of the Code of Criminal Procedure. As it pertains to the sexual performance of a child count, because Applicant was placed on probation, this is not a final felony conviction, and his claims are dismissed on that basis. *See Ex parte Renier*, 734 S.W.2d 349 (Tex. Crim. App. 1987).

Filed: October 8, 2014
Do not publish